# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br> vs. )<br>  )<br>MANUEL OJEDA AUDELO, )<br>a/k/a Jose Antonio Beltran-Beltran )<br>  )<br>   Defendant. )<br>  ) | 4:03CR3005<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br><br>SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

September 19, 2011                                      BY THE COURT:

                                                        *s/Cheryl R. Zwart*
                                                        United States Magistrate Judge